AO 109 (2/90) Seizure Warrant

# United States District Court FILED

## SOUTHERN DISTRICT OF CALIFORNIA

08 MAY 29 PM 3: 06

BY:

|  |  |
|---|---|
| In the Matter of the Seizure of<br>(Address or brief description of property or premises to be seized) | **SEIZURE WARRANT** |
| **BANK OF AMERICA**<br>Account: 09672 67676<br>The Funds on Deposit up to<br>$240,000.00 | CASE NUMBER: **'08 MJ 05 1 3** |

TO:    Lisa M. Tracy, U.S. ICE,   and any Authorized Officer of the United States:

Affidavit having been made before me by SSA Lisa M. Tracy, who has reason to believe that, due to a violation in the Southern District of California, there is now certain property which is subject to forfeiture to the United States, namely:

> **THE FUNDS ON DEPOSIT, Limited to $240,000.00, from BANK of AMERICA,**
> **Account: 09672 67676**

which property is traceable to personal check number #730, dated November 28, 2007, written for the amount of $240,000.00, drawn on BANK OF AMERICA Bank account number: 09672 67676, which was transported into the United States, in bearer form, which transportation was not reported, in violation of Title 31 United States Code, Section 5316 and 5332. The United States Government seeks forfeiture of the funds traceable to personal check number #730, pursuant to Title 31, United States Code, Section 5317. The
The facts to support a finding of Probable Cause are as follows:

I am satisfied that the affidavit and any recorded testimony establish probable cause to believe that the property so described is subject to forfeiture and that grounds exist for the issuance of this seizure warrant.

YOU ARE HEREBY COMMANDED to seize within 10 days the property specified, serving this warrant and making the seizure in the daytime – 6:00 a.m. to 10:00 p.m., leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to the United States Magistrate Judge, as required by law.

_2/21/08_____at        _____San Diego, California_____
Date                                                                    City and State

Honorable    WILLIAM MCCURINE, JR.

United States Magistrate Judge_____        _____
Name & Title of Judicial Officer                               Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2/4/08 | 2/22/08  12:50 pm | Jessica Bachta, Banking Center Manager |

INVENTORY MADE IN THE PRESENCE OF

Jessica Bachta

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Bank of America Cashiers Check # 41932794 0
in the amount of $ 197,031.41

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_Lisa M. Thiel_

Subscribed, sworn to, and returned before me this date.

_WMcCurine Jr._                    5/29/08
U.S. Judge or Magistrate            Date



**Bank of America**

Cashier's Check

No. 419327940

11-35/1210

NCA

Banking
Center  **CASTANP**

0001647  00010  009327940

Date  **FEBRUARY 22, 2008**

**YURRAN MESLR**
Remitter (Purchased By)

$**197031.14****

**PAYONE HUNDRED NINETY SEVEN THOUSAND THIRTY ONE DOLLARS AND 14 CENTS**

To
The
Order  **U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**
Of

**VOID AFTER 90 DAYS**

Authorized Signature

Bank of America, N.A.
San Francisco, CA

05-14-3774B  09-2005

�semitchar "419327940" �semitchar 121000358 �semitchar 13970 8 50 76 �semitchar

THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK — THE ORIGINAL DOCUMENT HAS REFLECTIVE WATERMARK ON THE BACK

ANTI-FRAUD PROTECTION PATENTS 5,785,353; 5,863,075; U.S. Patent 5,823,576; 5,890,742; 5,772,248; 5,913,543